No. 03–1184. DIBBLE v. FENIMORE. C. A. 2d Cir. Certiorari denied.

No. 03–1188. OLIVA ET AL. v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 03–1189. LEVY v. P&R DENTAL STRATEGIES, INC., ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 03–1192. STAWSKI DISTRIBUTING CO., INC. v. BROWARY ZYWIEC S. A., DBA ZYWIEC BREWERIES, LLC. C. A. 7th Cir. Certiorari denied.

No. 03–1193. GUESON ET AL. v. SHEPPARD, JUDGE, COURT OF COMMON PLEAS, FIRST JUDICIAL DISTRICT OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–1194. GRAY v. FOXWORTHY, INC., ET AL. Sup. Ct. Ga. Certiorari denied.

No. 03–1196. FREEMAN v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–1197. GROSJEAN v. FIRST ENERGY CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1204. SUTTON v. INTERSTATE HOTELS, LLC, ET AL. C. A. Fed. Cir. Certiorari denied.

No. 03–1205. SIBLEY v. ANSTEAD, CHIEF JUSTICE, SUPREME COURT OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1206. CUNNINGHAM v. PEREZ. C. A. 9th Cir. Certiorari denied.

No. 03–1207. TEKSE v. MITCHELL ET AL. Ct. App. Minn. Certiorari denied.

No. 03–1210. JOHNSON v. BELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–1214. ALLSTATE CORP. ET AL. v. DeHOYOS ET AL. C. A. 5th Cir. Certiorari denied.